IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 00-cv-00808-LTB-PAC

BRIAN E. ROHRBOUGH, et al.,

    Plaintiffs,

v.

WAYNE F. HARRIS, et al.,

    Defendants.

_____

Civil Case No. 01-cv-02076-LTB-PAC

MARK ALLEN TAYLOR,

    Plaintiff,

v.

SOLVAY PHARMACEUTICALS, INC.,

    Defendant.

_____

# NOTICE
_____

In Case No. 01-cv-02076-LTB, depositions of Wayne and Kathy Harris were taken and remain subject to the protective order entered in that case. In Case No. 00-cv-00808-LTB, depositions of Wayne and Kathy Harris and Thomas and Susan Klebold were taken and remain subject to the protective order entered in that case. The depositions in Case No. 01-cv-02076-LTB have apparently been reviewed and signed by the deponents. The depositions

in Case No. 00-cv-00808-LTB have been transcribed but apparently not reviewed and signed by the deponents.

It now appears clear that the only remaining issue upon objections to the "Evidence Room Order of September 23, 2003" centers upon disposition of these depositions. The title of the Magistrate Judge's September 23, 2003 order is misleading because these depositions and the deposition exhibits have neither been admitted as evidence nor cited, under seal or otherwise, in any proceeding or pleading in either case. The Magistrate Judges' order in question will be referred to from now on as the September 23, 2003 Order.

The interested parties and those appearing *amicus curie* have submitted diverse position papers concerning the disposition of these depositions. To render an informed decision concerning their disposition it is necessary for me to read the depositions. Accordingly, the parties are notified that the Court will undertake to read and review *in camera* the depositions and deposition exhibits in question. The depositions will be obtained with the assistance of the Special Master and held in secure fashion during the period of *in camera* review.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge

DATED: February 28, 2007