IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, District Judge

Civil Case No. 00-cv-00808-LTB-PAC

BRIAN E. ROHRBOUGH, et al.,

    Plaintiffs

v.

WAYNE R. HARRIS, et al.,

    Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 2 2008

GREGORY C. LANGHAM
CLERK

---

Civil Case No. 01-cv-02076-LTB-PAC

MARK ALLEN TAYLOR,

    Plaintiff

v.

SOLVAY PHARMACEUTICALS, INC.,

    Defendant

---

## ORDER

WHEREAS, the Court has determined that certain exhibit contents within the sealed files of these consolidated cases, now in the physical custody of the Federal Records Center, are in media formats of VHS, CDs, and magnetic recording tapes and, therefore, are subject to possible deterioration, the Court authorizes the Clerk of Court Gregory C. Langham and the Court's Information Technology Director Diann Duino to have access to the sealed files to inspect and determine the number of such recordings and tapes.

The Court further authorizes that said recordings and tapes may be removed from the files by the above identified court officials for the purposes of preservation in acceptable and secure

electronic format as determined by Ms. Duino. The preservation process shall be conducted in a secure manner by those qualified to do so as determined and supervised by Ms. Duino.

Throughout the preservation process, Ms. Duino is to maintain at all times the security of the exhibits. Upon completion of the process, Ms. Duino shall return the original exhibits, along with the single copies of the preserved media format, to the clerk of court. The clerk shall return the original exhibits, along with the preserved copies, to the Federal Records Center to be returned to the sealed files in the cases.

Dated this the 12th day of November, 2008 in Denver, Colorado.

BY THE COURT:

LEWIS T. BABCOCK, JUDGE